**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Alicia A. Morris | : | CASE NO: 15-53414 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

**NOTICE OF INTENTION**
**TO PAY CLAIMS**

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00019 | AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX  75016-8088 | Paid outside | 100.00 % | 0.00 % | Lease |
| 00004 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 424.00 | 100.00 % | 0.00 % | Priority |
| 00006 | Best Buy<br>Retail Services<br>PO Box 6497<br>Sioux Falls, SD  57117 | Not filed | 8.00 % | 0.00 % | Unsecured |
| 00008 | CAPITAL ONE AUTO FINANCE<br>c/o ASCENSION CAPITAL GROUP<br>PO BOX 201347<br>ARLINGTON, TX  76006 | Paid outside | 100.00 % | 0.00 % | Secured |
| 00007 | Capital One Bank USA NA<br>American InfoSource LP<br>PO Box 71083<br>Charlotte, NC  28272-1083 | 11,224.82 | 8.00 % | 0.00 % | Unsecured |
| 00013 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | 1,761.46 | 8.00 % | 0.00 % | Unsecured |
| 00009 | Chase<br>PO Box 15298<br>Wilmington, DE  19850 | Not filed | 8.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00021 | COLUMBUS APPRAISAL CO LLC<br>PO BOX 1946<br>POWELL, OH  43065 | 175.00 | 100.00 % | 0.00 % | Appraiser |
| 00010 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | 6,589.44 | 8.00 % | 0.00 % | Unsecured |
| 00011 | FIFTH THIRD BANK<br>1830 E PARIS SE MD RSCB3E<br>GRAND RAPIDS, MI  49546 | 11,492.45 | 8.00 % | 0.00 % | Unsecured |
| 00012 | Firestone<br>535 Marriott Dr.<br>PO BOX 140990<br>Nashville, TN  37214-0990 | Not filed | 8.00 % | 0.00 % | Unsecured |
| 00003 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 2,395.06 | 100.00 % | 0.00 % | Priority |
| 00020 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 17.90 | 8.00 % | 0.00 % | Unsecured |
| 00001 | KEYBANK NATIONAL ASSOCIATION<br>PO BOX 94968<br>CLEVELAND, OH  44101 | 10,389.38 | 100.00 % | 5.00 % | Secured-PMSI |
| 00022 | Midland Credit Management Inc<br>as agent for Midland Funding LLC<br>Po Box 2011<br>Warren, MI  48090 | 3,416.21 | 8.00 % | 0.00 % | Unsecured |
| 00023 | OCWEN LOAN SERVICING<br>1661 WORTHINGTON RD SUITE 100<br>WEST PALM BEACH, FL  33409 | 3,339.80 | 100.00 % | 0.00 % | Pre-Pet MTG Arrears |
| 00002 | OCWEN LOAN SERVICING<br>1661 WORTHINGTON RD SUITE 100<br>WEST PALM BEACH, FL  33409 | Paid outside | 100.00 % | 0.00 % | Mortgage |
| 00015 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 4,630.51 | 8.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00018 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 427.28 | 8.00 % | 0.00 % | Unsecured |
| 00005 | Quantum3 Group LLC<br>as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | 676.07 | 8.00 % | 0.00 % | Unsecured |
| 00014 | SYNCB/Ashley Morris<br>PO BOX 965036<br>Orlando, FL  32896-5036 | Not filed | 8.00 % | 0.00 % | Unsecured |
| 00016 | SYNCB/Value City<br>Po Box 965036<br>Orlando, FL  32896 | Not filed | 8.00 % | 0.00 % | Unsecured |
| 00017 | TD Bank USA NA<br>c/o Weinstein & Riley PS<br>Po Box 3978<br>Seattle, WA  98124 | 1,969.17 | 8.00 % | 0.00 % | Unsecured |
| | TOTAL | 58,928.55 | | | |
| 00000 | W Mark Jump<br>2130 Arlington Avenue<br>Columbus, OH  43221 | 3,435.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: November 09, 2015

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Alicia A. Morris | : | CASE NO: 15-53414 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 09, 2015, a copy of the foregoing Notice of Intention to Pay Claims was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
W Mark Jump

and on the following by **ordinary U.S. Mail addressed to:**

Alicia A. Morris
5473 Godown Rd
Columbus, OH  43235

**See Creditor Matrix**
**All Creditors and Parties in Interest**

| | | |
|---|---|---|
| Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. BOX 24605<br>West Palm Beach, FL  334164605 | TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  981210000 | Kohl's<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 |
| Fifth Third<br>5050 Kingsley Dr.<br>MD&#035;1MOC2G<br>Cincinnati, OH  452630000 | Target<br>Mailstop BV<br>PO Box 9475<br>Minneapolis, MN  554400000 | Columbus Appraisal Company, LLC<br>PO Box 1946<br>Powell, OH  430650000 |
| Chase<br>PO Box 15298<br>Wilmington, DE  198500000 | Avenue<br>PO Box 659584<br>San Antonio, TX  782659584 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH  432160000 |
| Capital One Auto Finance<br>P.O. BOX 201347<br>ARLINGTON, TX  760060000 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  980830788 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>,  866716644 |
| SYNCB/Ashley Morris<br>PO BOX 965036<br>Orlando, FL  328965036 | KeyBank N.A.<br>4910 Tiedeman Road<br>Brooklyn, OH  441440000 | Best Buy<br>Retail Services<br>PO Box 6497<br>Sioux Falls, SD  571170000 |
| Alicia A. Morris<br>5473 Godown Rd<br>Columbus, OH  432350000 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA  235410000 |
| Julie Sewolich<br>5473 Godown Rd<br>Columbus, OH  432350000 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  430543025 | Firestone<br>535 Marriott Dr.<br>PO BOX 140990<br>Nashville, TN  372140990 |
| State of Ohio<br>Department of Taxation<br>150 E Gay St. 21st Floor<br>Columbus, OH  432150000 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX  750168088 | SYNCB/Lowe's<br>PO BOX 965005<br>Orlando, FL  328960000 |
| American Honda Finance<br>2170 Point Blvd.<br>Suite 100<br>Elgin, IL  601237885 | IRS Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA  191017346 | SYNCB/Value City<br>PO BOX 965036<br>Orlando, FL  328960000 |
| Fifth Third Bank<br>PO Box 9013<br>Addison, TX  750010000 | KeyBank<br>34 North Main Street<br>Dayton, OH  454020000 | Discover<br>PO Box 7061<br>Dover, DE  199037061 |
| Keyan N.A.<br>4910 Tiedeman Road<br>Brooklyn, OH  441440000 | The Home Depot<br>PO Box 105981<br>Dept. 51<br>Atlanta, GA  303535981 | Kohl's Department Store<br>PO Box 3115<br>Milwaukee, WI  532010000 |
| Capital One<br>PO Box 5155<br>Norcross, GA  300910000 | Capital One Bank USA NA<br>PO Box 71083<br>Charlotte, NC  282721083 | Midland Credit Management, Inc.<br>as agent for  MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI  480900000 |

Ocwen Loan Servicing
1661 Worthington Rd Suite 100
West Palm Beach, FL  334090000

Capital One Auto Finance
PO BOX 259407
Plano, TX  750250000

Katherine B. Brewer
Wood & Brewer, LLC
470 Olde Worthington Road
Suite 200
Westerville, OH  430820000

Capital One Auto Finance, c/o Ascension Capi
P.O. Box 201347
Arlington, TX  760060000