**42UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


In re:  Alicia A. Morris              :         Case No.  15-53414

                                      :         Chapter 13

            Debtor(s)                 :         Judge C. Kathryn Preston


**NOTIFICATION OF NEW ADDRESS OF DEBTOR(S)**

    Attorney, W. Mark Jump, hereby notifies the court of the above referenced

Debtor (s) new address:


140 E. Cooke Road
Columbus, OH  43214


/s/W. Mark Jump
W. Mark Jump (0062837)
*Attorney for Debtors*
Jump Legal Group
2130 Arlington Avenue
Columbus, OH 43221

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notification of New Address was served (i)

**electronically** on August 7, 2017 through the Court's ECF System on all ECF

participants registered in this case at the email address registered with the court and (ii)

by **ordinary U.S. mail** on August 7, 2017 addressed to:


_____
W. Mark Jump


<u>Served via Regular Mail</u>:

Alicia A. Morris
140 E. Cooke Road
Columbus, OH  43214